FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-3343
_____

GREGORY JAMES PAPPAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.


May 10, 2024

PER CURIAM.

DISMISSED.

ROBERTS, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Gregory James Pappas, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.